468 A.2d 834

In the Interest of C.A.M., a minor.

Appeal of W.M. and P.M., his wife.

Submitted September 30, 1983. Thomas M. Piccione, for appellants; Phillip L. Clark, Jr., for appellee; John W. Hodge, for participating party.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order vacated. Case remanded for rehearing. Jurisdiction is relinquished.